Richmond C. COBURN, et al.,
Plaintiffs/Respondents,

v.

Cesar A. DUNKEL, Individually and
as alter ego of Infocast, Inc.,
Defendants/Appellants.

No. 59703.

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 29, 1991.

Cesar A. Dunkel, pro se.

Coburn, Croft & Putzell, Charles Wayne Primm, St. Louis, for plaintiffs, respondents.

ORDER

PER CURIAM.

Defendant, Cesar A. Dunkel appeals from a jury verdict and judgment for plaintiffs on their claim for attorneys' fees. The judgment was entered against Cesar A. Dunkel, individually, on a breach of contract claim and against Infocast, Inc., and Cesar A. Dunkel, as alter ego of Infocast, Inc., on claims of quantum merit. The corporation is not a party to this appeal. No error of law appears. An extended opinion would not have precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order. Judgment affirmed in accordance with Rule 84.16(b).